NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| DIVE ON 75 PRIVATE CLUB, INC., | ) | 3:21-CV-1110-G |
| formerly named ROCKY'S PRIVATE | ) | |
| CLUB, INC. and d/b/a FORDTRES BAR | ) | |
| & GRILL, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The plaintiff's motion for entry of final judgment and for attorney's fees and costs, filed October 25, 2021 (docket entry 27), is **GRANTED**. The plaintiff is awarded $4,575.00 in attorney's fees and $1,012.00 in costs, and a separate final judgment will be entered in the plaintiff's favor against the defendants Dive on 75

Private Club, Inc., formerly named Rocky's Private Club, Inc. and doing business as Fordtres Bar & Grill, and Ting Y. Chen, also known as Andy Chen.

**SO ORDERED**.

August 2, 2022.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**